UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Brian Gunderson,

Plaintiff,

vs. ORDER

Sheryl Ramstad Hvass,
individually and as
Commissioner for the
Minnesota Department of
Corrections

Defendant, Civ. No. 01-646 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 25th day of April, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's application to proceed <u>in forma pauperis</u>.

As a part of that application, the Plaintiff has averred that he is employed and that his salary is $700.00 a month. He attests that he dos not own any real estate, stocks, bonds, securities or other valuable possessions and, and the past twelve months, he has not received any money from businesses, rent payments, pensions, annuities, disability payments or any other sources of income. He

(3)

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

currently maintains a checking account with a balance of approximately $100.00. he also avers that he pays $214.00 per month in child support payments.

Given these showings, we conclude that the Plaintiff is entitled to proceed in forma pauperis. Therefore, the Plaintiff's application to proceed in forma pauperis is granted. See, title 28 U.S.C. §1915(a)(1).

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff's application to proceed in forma pauperis [Docket No. 2] is granted.

2. That the Clerk of Court shall issue a Summons and the United States Marshal shall serve a copy of the Complaint and Summons upon the Defendant as directed by the Plaintiff, and that all costs of service shall be advanced by the United States.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE