# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

BRIAN GUNDERSON,

Plaintiff,

v.

SHERYL RAMSTAD HVASS,
individually and as Commissioner of
the Minnesota Department of Corrections,

Defendant.

Civil No. 01-646 (DWF/RLE)

**ORDER OF REFERENCE**

---

Bradford Colbert, Esq., Legal Assistance to Minnesota Prisoners, William Mitchell College of Law, LEC 304, 875 Summit Avenue, St. Paul, MN 55105, counsel for Plaintiff.

Kari Jo Ferguson, Assistant Attorney General, Suite 1100, Minnesota Attorney General, 445 Minnesota Street, St. Paul, MN 55101, counsel for Defendant.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Plaintiff's Motion for Summary Judgment is referred to Magistrate Judge Raymond L. Erickson.

This referral order is based on the letter of service received January 25, 2002. Counsel are directed to call and schedule the motion with Calendar Clerk Vicki Miller at 218-529-3520.

Dated: January 25, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN 25 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________