UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Brian Gunderson,

Plaintiff,

vs. NOTICE OF HEARING

Sheryl Ramstad Hvass,
individually and as Commissioner
for the Minnesota Department of
Corrections,

Defendant. Civ. No. 01-646 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 28th day of January, 2002.

* * *

Pursuant to Title 28 U.S.C. §636(b)(1)(A), (B) and (C) and Order of Reference dated January 25, 2002, the Plaintiff's Motion for Summary Judgment is set for Hearing before the undersigned on **Thursday, March 7, 2002, at 1:30 p.m.**, in Court Room 3, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________