**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BRIAN GUNDERSON,

Plaintiff,

v.

SHERYL RAMSTAD HVASS,
individually and as Commissioner of
the Minnesota Department of Corrections,

Defendant.

Civil No. 01-646 (DWF/RLE)

**AMENDED**
**ORDER OF REFERENCE**

---

Bradford Colbert, Esq., Legal Assistance to Minnesota Prisoners, William Mitchell College of Law, LEC 304, 875 Summit Avenue, St. Paul, MN 55105, counsel for Plaintiff.

Kari Jo Ferguson, Assistant Attorney General, Suite 1100, Minnesota Attorney General, 445 Minnesota Street, St. Paul, MN 55101, counsel for Defendant.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Plaintiff's Motion for Summary Judgment and Defendant's motion for Summary Judgment (Doc. No. 14) is referred to Magistrate Judge Raymond L. Erickson.

This referral order is based on the letter of service received January 25, 2002, from Plaintiff as well as Defendant's docketed motion. Both motions are scheduled to be heard by Magistrate Judge Erickson March 7, 2002, at 1:30 PM. If there are any questions, counsel are directed to call Calendar Clerk Vicki Miller at 218-529-3520.

Dated: February 22, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 22 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______