**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Brian Gunderson,

Plaintiff,

v.

Sheryl Ramstad Hvass, individually and as Commissioner for the Minnesota Department of Corrections,

Defendant.

Civil No. 01-646 (DWF/RLE)

**ORDER OF DISQUALIFICATION AND MEMORANDUM**

---

Bradford W. Colbert, Esq., Legal Assistance to Minnesota Prisoners, William Mitchell College of Law, LEC 304, 875 Summit Avenue, St. Paul, MN 55105, counsel for Plaintiff.

Kari J. Ferguson, Assistant Attorney General, 445 Minnesota Street, Suite 1100, St. Paul, MN 55101, counsel for Defendant.

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order filed May 30, 2002, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights list of the automated case assignment system.

JUL 23 2002

Filed ____________________
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 23, 2002

DONOVAN W. FRANK
Judge of United States District Court

**MEMORANDUM**

The Court apologizes to the parties for the untimely recusal by the undersigned. However, in evaluating the file, I discovered that I was indeed the sentencing judge in this case in 1998 before going on the federal bench. While the Court has no reluctance in deciding this case and being fair to both parties, the fact that I sentenced Brian Gunderson in 1998 certainly creates the potential appearance of the inability to be fair and impartial because of the information that I have relating back to the events of the plea itself and the sentence.

For these reasons, the Court respectfully has disqualified itself from the above-entitled matter.

D.W.F.

Pursuant to an Order of Disqualification, this case is reassigned to

\

Judge Ann D. Montgomery

NEW CASE INFORMATION 01-646 ADM/RLE
Please use this case information for all further filings.