# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brian Gunderson

v.

Sheryl Ramstad Hvass,
individually and as Commissioner
for the MN Department of Corrections

Case No. Civil 01-646 ADM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff's motion for summary judgment is DENIED, and
2. Defendant's motion for summary judgment is GRANTED.

DATE: September 27, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk