1728676

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED
JAN 2 0 2004
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

January 12, 2004

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24.329
St. Louis, MO 63102

01-cv-646 ADM/RLE

Re: Brian Gunderson
v. Joan Fabian, Commissioner, Minnesota Department of
Corrections
No. 03-7326
(Your No. 02-3617)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

JAN 2 ? 2004

(37)